```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/11/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
KAREEM MARTIN,

                          Petitioner,          14-CR-546 (VEC)

      -against-                                   ORDER

UNITED STATES OF AMERICA,

                          Respondent.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on December 13, 2021, Mr. Martin filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255 and the appointment of an attorney, *see* Petition, Dkt. 702; and

      WHEREAS the Court construes Mr. Martin's motion as a petition for certification of a successive writ of habeas corpus pursuant to 28 U.S.C. § 2255 in light of his prior petition for habeas corpus, which the Court denied, *see* Dkts. 621, 698;

      IT IS HEREBY ORDERED that the Clerk of Court is directed to open a parallel civil case for Mr. Martin's habeas petition. The document at 14-CR-546, Dkt. 702, should be docketed as Docket Entry 1 in the new civil case.

**SO ORDERED.**

Date: **January 11, 2022**
       **New York, NY**

                                                  **VALERIE CAPRONI**
                                           **United States District Judge**